THE PEOPLE OF THE STATE OF NEW YORK EX REL. GEORGE W. CARLETON, RESPONDENT, *v.* THE BOARD OF ASSESSORS OF THE CITY OF NEW YORK, APPELLANT.

*Motion — made on positive affidavits — denial, of knowledge or information sufficient to form a belief, insufficient.*

The relator, upon his application for a mandamus, swore positively to certain facts; his statements were contradicted by an answer denying knowledge or information sufficient to form a belief as to their truth ; *held*, that such form of denial for the purpose of meeting the averment of a positive affidavit, upon a special motion, amounted to nothing. The Code has allowed it in an answer or reply in forming issues of fact by way of pleading, but it has not been sanctioned or allowed for any other purpose.

APPEAL from an order directing the issuing of a peremptory writ of mandamus, to direct the defendants to estimate the damage done his land and buildings, by reason of the closing of Bloomingdale road between Eighty-second and One Hundred and Third streets, in the city of New York, under chapter 697 of 1867.

*J. A. Beall*, for the appellant. *James A. Deering*, for the respondent.

Opinion by DANIELS, J.   DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with ten dollars costs and disbursements.